FILED
CHARLOTTE, NC

SEP - 9 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __North Carolina__

__Western__ Division

Case No. __3:24-cv-819-MR__
*(to be filled in by the Clerk's Office)*

__Linda Nickerson__
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Sergeant Anderson in her individual Capacity__ __see attached__
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Linda Nickerson
- All other names by which you have been known:
- ID Number: 0302327
- Current Institution: orange correctional center
- Address: 2110 clarence walters Rd.
  Hillsborough, NC 27278
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Sergeant Anderson
- Job or Title *(if known)*: sergeant
- Shield Number: unknown
- Employer: North Carolina Department of Adult Correctional
- Address: 520 Justice Ct.
  Dallas, NC 28034
  City / State / Zip Code
- [✓] Individual capacity  [ ] Official capacity

Defendant No. 2
- Name: Sergeant young
- Job or Title *(if known)*: sergeant
- Shield Number: unknown
- Employer: North Carolina Department of Adult Correctional
- Address: 520 Justice Ct.
  Dallas, NC 28034
  City / State / Zip Code
- [✓] Individual capacity  [ ] Official capacity

Page 2 of 11

Case 3:24-cv-00819-MR    Document 1    Filed 09/09/24    Page 2 of 13

Defendant No. 3
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
*City*   *State*   *Zip Code*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
*City*   *State*   *Zip Code*

☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Eighth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *Each defendant acted under color of state or local law because they were exercising the power of their position of authority.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. *at Gaston Correctional Center, on November 7, 2023,*

C. What date and approximate time did the events giving rise to your claim(s) occur?

_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On November 7, 2023 at Gaston Correctional Center #4515 in D-block shortly after arriving back to the dorm after breakfast Tracy Whidbee took a master lock and put it in a sock and hit me on the left side of my head because I hung a towel up on my bunk. After Whidbee hit me the first time the lock came out of the sock and he ran out into the hallway where the officers was sitting at the desk. At that point it was about 5:45 a.m. and the shift was about to change and when they seen all the blood on me a officer grab me and I went to the floor when Whidbee came around and grab my tee shirt and rib it and then the officers put handcuff's on me and put me in a chair in the hallway and took pictures of my injury.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. "A head injury in which I had to go to the ER, and get five (5) staples in my head and a spot of blood was also seen on my brian". I also had to get two (2) MRI done because the doctor was concern about the blood that shown up on my first MRI.

_____

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. That the court order each defendant to pay the plaintiff's compensatory damages in the amount of $25,000, and punitive damages also concerning each defendant in the amount of $10,000 for mental and emotional injury.

_____

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
I file the grievance at Caldwell correctional center.

2. What did you claim in your grievance?
$500,000 for the mental, emotional injury and physical injury that I had suffered.

3. What was the result, if any? The Grievance Examiner: Findings and Disposition order; It was stated that offender Nickerson was involved in a mutual physical altercation with another offender inside the dormitory. Both offenders refused to break when ordered to do so by staff. Responding staff were forced to use hands-on physical force to stop the altercation and secure the offenders. Medical treatment was provided to both offenders. Both offenders were transported to a facility that was able to house the offenders in restrictive housing pending disciplinary
see attached

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
yes, its completed.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   No reason.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   A grievance was filed.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   Nothing Else.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
unknown

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Lindo Nickerson
   Defendant(s) North Carolina Department of Adult Correction

2. Court *(if federal court, name the district; if state court, name the county and State)*
   In the Industrial Commission

3. Docket or index number
   unknown

4. Name of Judge assigned to your case
   unknown

5. Approximate date of filing lawsuit
   03/21/2024

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition   unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   unknown

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 21, 2024

Signature of Plaintiff: *Lindo Nickerson #0302327*
Printed Name of Plaintiff: Lindo Nickerson
Prison Identification #: 0302327
Prison Address: Orange Correctional Center, 2110 Clarence Walters Rd, Hillsborough, NC 27278

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
Telephone Number
E-mail Address

Attachment From page one

sergeant young in his individual capacity.

Attachment From page one

Attachment from page 5 paragraph (4)(D)

" No officers seen me put my hand on Whidbee."

Sergeant Anderson and sergeant young was ask by inmate Whidbee on october 17, 2023 and on october 29, 2023 to be moved to another bunk, both sergeant young and sergeant Anderson refuse inmate whidbee the bunk move which I had no knowledge that it was a problem between myself and whidbee because we never said anything to each other.

Both sergeants had the right to move inmate whidbee to another bunk but they refuse which was due to their negligence, Inmate whidbee was able and allowed to assault me.

Attachment from page 7 paragraph (3)

was able to house the offenders in restrictive housing pending disciplinary investigation. Offender Nickerson, you were sent to the ER; however, according to the other offender you and he were having problems as bunkmates, you threatened him, and he defended himself. My review of these responses reveal that the prison staff has taken appropriate action to address and resolve your concerns by prison staff.

Thus, this grievance is resolved, and no further action is warranted, per IGRB.

" Other than the above response it was no other result."